UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALLAN STUDENY, | ) |
| and | ) |
| MARK WYNN, | ) |
| Plaintiffs, | ) Cause No. 4:09-CV-681-ERW |
| v. | ) |
| PHELPS COUNTY, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant Phelps County's Motion for Court Approval of Settlement and Release Agreement, it is hereby ORDERED that Defendant's Motion is GRANTED.

Accordingly, the Court hereby approves the parties' settlement of the instant case, which Plaintiffs Allan Studeny and Mark Wynn signed on October 29, 2009, and which Defendant's representative signed on October 29, 2009, as well. Specifically, the Court approves the parties' settlement of the Plaintiffs' claims under the Fair Labor Standards Act. Furthermore, the Court enters a stipulated final judgment in this matter.

DATE: November 17, 2009

E. Richard Webber
U.S. District Court Judge